# LINCOLNWOOD SCHOOL DISTRICT 74
# EVALUATION OF THE ADMINISTRATOR
# 2012

Administrator's Name: *Dr. Kevin Nohelty*

Superintendent's Name: Mark A. Klaisner

## PERFORMANCE SCALE

**1. = Outstanding (comment required)**
The Administrator demonstrates the highest standards. Is characterized as being exemplary. Acts as a role model in this element/category and is recognized as being dynamic and distinct.

**2. = Commendable**
The Administrative has a high degree of competence and is fully knowledgeable with respect to the element/category. Possesses all of the necessary skills relative of the element/category.

**3. = Satisfactory**
The Administrator is able to satisfy the requirements of the element/category but the performance is simply adequate or sufficient.

**4. = Needs Improvement (comments required)**
The Administrator is either barely meeting the minimal requirements of the element/category and/or require improvement to reach a satisfactory level.

**5. = Unsatisfactory (comments required)**
The Administrator has little or no success in this area. The administrator cannot fulfill the demands or requirements of this element/category.

## I. PERFORMANCE CATEGORIES

**A. Relationship with the Superintendent/Administrative Team**   *Performance Score (1 – 5)*

**Elements**

1. Works with Superintendent to advance and promote the District mission and with Administrative team to implement District initiatives.   *2*

   Comments: *A great deal of work has gone into the new financial software.*



1

| | **Performance Score** (1 – 5) |
|---|---|

2. Is a contributing member of the Administrative Team. — 2

   Comments: _Kevin is quiet at most meetings but takes the lead in financial matters_

3. Keeps Superintendent informed on issues, needs and operations of the School/District. — 1

   Comments: _Kevin keeps me informed_

4. Offers professional advice to the Superintendent on items requiring Superintendent action. Recommendations are based on thorough study and analyses. — 2

   Comments: _Particularly in Business office matters._

5. Interprets and executes the intent and spirit of Board policy. — 2

   Comments: _We are all working on this._

6. When the Board adopts a course of action or policy, he/she implements the Board's decision in good faith and exerts every reasonable effort to have it succeed to the advantage of the students. — 2

   Comments: _Kevin is great at "Making it happen."_

7. Represents the Board well in conversations with private citizens who may object to Board policies or decisions. — 1

   Comments: _Kevin is very professional_

**Performance Score**
*(1 – 5)*

8. Seeks and accepts constructive criticism of his/her work.     2

   Comments: _Kevin is very professional_

9. Brings to the Superintendent's attention evaluation information (pro or con) regarding school personnel when such is warranted.     2

   Comments: _Kevin completes the evaluation of his reports in a timely fashion._

10. Accepts ideas and suggestions advanced by other administrators, considers merits and advises/reacts accordingly.     1

    Comments: _Kevin is a team player and has a strong network_

11. Keeps the Superintendent advised of changes, innovations and trends in education that might be applicable to the school or district.     1

    Comments: _Kevin keeps me informed_

12. Informs the Superintendent on issues, topics in a timely manner giving him adequate time to respond after being fully advised of all the facts.     1

    Comments: _Kevin keeps me informed_

13. Considers all issues related to the District and informs the Superintendent accordingly as to issues that have the potential to cast the District or the School in an (un)favorable light.     2

    Comments: _Kevin understands the politics._

21/13    1.62

3

<u>**Performance Score**</u>
*(1 – 5)*

## B. <u>*Relationship with the Community*</u>

**Elements**

1. Gains respect and support from the community on the conduct of the school operation.

    Comments: Kevin has a strong reputation.

    Score: 2

2. Helps the school system maintain a good image.

    Comments: Kevin is very professional

    Score: 1

3. Develops friendly and cooperative relationships with the media when appropriate.

    Comments: Not much opportunity for this

    Score: 2

4. Participates actively in community life and affairs.

    Comments: Rotary Village Chamber of Commerce

    Score: 2

5. Solicits and gives attention to problems and opinions of all groups and individuals.

    Comments: This is a strength for Kevin

    Score: 2

6. Encourages the community to participate in school programs and events.

    Comments: as has appropriate

    Score: 2

4

<u>**Performance Score**</u>
<u>*(1 – 5)*</u>

7. Speaks well in front of large and small groups. Expresses his/her ideas in a logical and forthright manner.   1

   Comments: _Kevin is very articulate._

8. Can "think on his/her feet" when faced with the unexpected or Disturbing turn of events in a large group meeting.   2

   Comments: _Kevin stays calm in all situations_

9. Works effectively with public and private groups.   2

   Comments: _Absolutely!_

10. Achieves status as a community leader in public education.   1

    Comments: _Kevin has a great reputation_

11. Is responsive in a timely fashion to community inquiries and uses phone calls, emails, correspondence, voice mail, and blogs effectively.   2

    Comments: _This too is a strength for Kevin._

12. Regularly meets with staff from surrounding districts to monitor how neighboring communities and their districts respond to legislative, educational and economic changes.   1

    Comments: _Kevin has maintains an excellent network._

|  | **_Performance Score_** |
|---|---|
|  | **_(1 – 5)_** |

13. Maintains membership in professional associations and stays up to date on issues related to the position.    /

    Comments: _Kevin is an officer in several organizations._

14. Continues to grow professionally through courses, workshops, seminars, and/or book studies.    /

    Comments: _Kevin not only learns but teaches several courses._

22/14   1.57

## C. *Relationship with Staff and Personnel*

**Elements**

1. Works to develop staff morale and loyalty to the organization.    2

    Comments: _Kevin models loyalty_

2. <u>Delegates</u> authority and responsibility to staff members appropriate to the position each holds.    2

    Comments: _Kevin enjoys mentoring his staff_

3. Accepts ultimate responsibility for decisions made by subordinates.    2

    Comments: _Kevin leads and supports his team._

6

|  | <u>**Performance Score**</u><br>*(1 – 5)* |
|---|---|

4. Works towards the improvement of staff and personnel relations.     **2**

   Comments: _Kevin enjoys working with the staff as a whole._

5. Encourages participation of appropriate staff members and groups in planning, procedures and policy interpretation.     **2**

   Comments: _When appropriate_

6. Supports staff while demanding their best effort.     **2**

   Comments: _Kevin sets high standards_

7. Evaluates performance of staff members, giving commendation for good work as well as constructive suggestions for improvement.     **2**

   Comments: _Kevin expects high levels of professionalism_

8. Seeks out the best ideas of competent people before critical decisions are made.     **1**

   Comments: _Kevin depends on his team_

9. Works to develop a team spirit among the staff in their approach to education problems.     **1**

   Comments: _Kevin depends on his team._

7

| | **Performance Score** |
| --- | --- |
| | *(1 – 5)* |

10. Makes use of adequate lines of communication with the staff.    2

    Comments: _Kevin communicates well._

11. Encourages staff to develop creative solutions to problems.    2

    Comments: _Kevin works with his team(s)_

12. Provides orientation for newly appointed staff and makes certain that orientation of all staff is provided.    3

    Comments: _Kevin is part of new staff orientation_

13. Follows the practice of decision-making by appropriate subordinates.    2

    Comments: _Kevin works with his team(s)_

$25/13 = 1.92$

### D. *Personal Characteristics*

**Elements**

1. Possesses the health and energy necessary to meet the responsibilities of his/her position.    1

    Comments: _Kevin is very healthy! MARATHON THIS YEAR_

8

|  | **Performance Score** (1 – 5) |
|---|---|

2. Maintains poise and emotional stability in his/her professional activities. — **1**

   Comments: _Kevin always has appearance of being calm._

3. Maintains high standards of ethics, honesty and integrity in all personal and professional matters. — **1**

   Comments: _ABSOLUTELY_

4. Earns respect and standing among his/her professional colleagues. — **1**

   Comments: _Kevin maintains an excellent reputation_

5. Promotes ideas to which people are willing to listen whether or not they agree with him/her. — **1**

   Comments: _Kevin is seen as an expert in his field_

6. Seeks new ideas and sources of funding for educational and staff advancement for the advantage of the students. — **2**

   Comments: _Kevin has some ideas for the future_

7. Keeps abreast of the latest developments in the field of education through participation or attendance at meetings of key professional organizations. — **1**

   Comments: _Kevin stays current_

|  | **Performance Score** |
|---|---|
|  | *(1 – 5)* |

8. Shares his/her knowledge, experience, and points of view with others in matters of importance to public education.  2

   Comments: _Kevin is a resource for us and teaches graduate classes_

   10/8 = 1.25

### E. Organization

**Elements**

1. Distinguishes between prime problems and trivialities.  2

   Comments: _Kevin accurately sets priorities._

2. Plans his/her own time so that matters of greatest of importance are dealt with thoroughly.  2

   Comments: _Kevin accurately sets priorities_

3. Takes a sound and well considered stand on issues that face the school system.  1

   Comments: _I see Kevin as an expert._

4. Has organized staff so that appropriate decision-making may take place at various and appropriate levels, as contrasted with most decisions being made at the administrator's level.  2

   Comments: _Makes good use of skills and training of team members._

10

|  | **Performance Score** |
|---|---|
|  | *(1 – 5)* |

5. Encourages systemization. All significant activities or duties are performed efficiently in a timely basis.  *1*

   Comments: _Absolutely – This is a strength._

6. In an annual report or in a series of reports informs the general public concerning the state of the school/District/Program.  *2*

   Comments: _Kevin reports regularly @ Board mtgs and is a resource to the finance committee_

7. Has an organizational plan flexible enough so that research and creativity are encouraged among other employees of the school/District/Program.  *3*

   Comments: _It's a difficult field for too much creativity. Certainly, Kevin is flexible._

8. Provides democratic procedures in curriculum work, utilizing the abilities and talents of teachers, specialists, and central staff.  *3*

   Comments: _Kevin is a team player and supports C + I_

9. Administrator recommendations and plans support the educational Philosophy of the board.  *2*

   Comments: _Kevin embraces the direction of the board._

10. Periodically reviews and reorganizes staff duties or responsibilities to take full advantage of the staff's special competencies.  *2*

    Comments: _Kevin values training and organization._

|  | **Performance Score** |
|---|---|
|  | *(1 – 5)* |

11. Makes provision for long range planning in all areas of school operation.      3

   Comments: _Kevin is part of our strategic planning._

12. Involves Board, staff and/or community in planning.      2

   Comments: _as appropriate_

     25/12   2.08

### F. Leadership, Business and Finance, Curriculum and General Administration

**Elements**

1. Shows initiative, creativity and imagination in his/her position.     3

   Comments: _Kevin supports systems_

2. Is regularly visible to all school personnel to give evidence to his/her leadership role.     3

   Comments: _Much of this year – Software, Building, Foias – has required office time._

3. Operates efficiently as a leader.     1

   Comments: _Kevin is very efficient_

4. Reports annually to the Superintendent concerning the adequacy of the educational program.     2

   Comments: _Kevin keeps me informed_

12

|   | **Performance Score** |
|---|---|
|   | *(1 – 5)* |

5. Reports annually to the Superintendent concerning the safety of district.   **2**

   Comments: _Kevin works well with Jim Caldwell to ensure safety._

6. Place the welfare of the school children before other considerations in making his/her recommendations.   **1**

   Comments: _Absolutely!_

7. Contributes to the development of the budget in cooperation with other staff.   **1**

   Comments: _Kevin owns the budget_

8. Makes recommendations for adequate financial planning.   **1**

   Comments: _This is Kevin area_

9. Shares with the Superintendent his/her priorities on various budget items and amounts.   **2**

   Comments: _Kevin keeps me informed_

10. Takes the lead in promoting promising avenues of educational innovations.   **2**

    Comments: _Kevin supports the efforts in C + I_

13

*Performance Score*
*(1 – 5)*

11. Reviews with the Superintendent the purpose and goals of school and district programs.

    2

    Comments: We work as a team

    20/11  1.82

## II. OVERALL EVALUATION SUMMARY

*Average Performance score By Category*

**Categories**

*See performance for each category A-F*

A. Relationship with the Superintendent and the Administrative Team.

    1.42

B. Relationship with Community

    1.57

C. Relationship with Staff and Personnel

    1.92

D. Personal Characteristics

    1.25

E. Organization

    2.08

F. Leadership, Business and Finance, Curriculum and General Administration

    1.82

**(Overall Performance Score)**
(Average of category A-F performance scores)

    1.71

14

<u>*Performance Score*</u><br>*(1 – 5)*

## III. OVERALL COMMENTS

*Strengths:*

Kevin is very organized. He is seen as a leader in his field. Kevin is a team player and contributes to and supports his team.

*Areas to be strengthened:*

It would be great if the work load would allow for Kevin to be more present in the buildings for positive reasons.

*General remarks:* Kevin is finishing his second year. The finances and operations are in good shape. He has an excellent team.

<u>**Performance Score**</u>
<u>*(1 – 5)*</u>

IV. <u>**2012 AMINISTRATOR'S PROFESSIONAL GROWTH AND GOAL(S)**</u>

1. SYSTEMIZATION OF OPERATIONS
2. FORMS REPOSITORY
3. FACILITATE FINANCIAL ADVISORY COMM.
4. INVESTIGATE DEBT MANAGEMENT
5. LSSU EVALUATION TOOLS

_____    1/20/12
Signature of Administrator          Date

_____    1/19/12
Signature of Superintendent         Date

16