

**Lincolnwood School District 74**

Marvin Garlich Administration Building
6950 N. East Prairie Road
Lincolnwood, IL 60712
Main 847-675-8234 :: Fax 847-675-4207

May 29, 2012

*Via facsimile to 847 480-9501*

Dr. Kevin Nohelty
C/O Steven Glink, Esq.
338 Commercial Avenue
Northbrook, Illinois 60062

Re: Employment as Superintendent for Business at Lincolnwood School District 74

Dear Dr. Nohelty:

As you know, there have been serious concerns raised regarding your execution of the position as Lincolnwood School District 74's Superintendent for Business. We have investigated these concerns. In my view, the results of the investigation warrant your immediate dismissal.

I would like to meet with you on Thursday, May 31, 2012 at 2:00 p.m. at the Lincolnwood School District 74 offices at 6950 North East Prairie Road, Lincolnwood, Illinois, to tender you a bill of particulars justifying your dismissal. As I will recommend your immediate termination to the School Board, we will also set a date for prompt hearing before the School Board. You may be represented by counsel on Thursday and at the subsequent termination hearing, if you so choose. Our attorney will be present at both.

If you have any questions, please feel free to contact me at the above telephone number.

Very truly yours,

Dr. Kenneth L. Cull
Interim Superintendent

PLAINTIFF'S
EXHIBIT
C