STATE OF ILLINOIS)
                 )
COUNTY OF COOK)

## VERIFICATION

I, Kevin Nohelty, having been duly sworn on oath, and subject to the penalties of perjury provided by law, do solemnly swear or affirm that I have read the Verified Complaint and based upon my personal knowledge, state that the contents of the document is true and correct to the best of my knowledge.

_____
Dr. Kevin Nohelty

Signed and sworn before me this

___17___ day of July 2012

_____
Notary Public

OFFICIAL SEAL
STEVEN E GLINK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/23/12